

**ORDERED in the Southern District of Florida on July 11, 2024.**

*Corali Lopez-Castro*

**Corali Lopez-Castro, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | | |
|---|---|---|
| In re: | : | CASE NO.: 24-10620-CLC |
| | : | |
| OTTO DANIEL FERNANDEZ GARCIA, | : | |
| | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____/ | | |

### AGREED ORDER GRANTING TRUSTEE'S EX PARTE MOTION TO EXTEND THE DEADLINES FOR FILING OBJECTIONS TO CLAIMED EXEMPTIONS AND OBJECTING TO DISCHARGE

THIS MATTER, came before the Court on July 11, 2024 at 10:00 A.M. upon the Trustee's Agreed *Ex Parte* Motion of Scott N. Brown, Trustee to Extend the Deadlines for Filing Objections to Claimed Exemptions, and Objecting to Discharge [D.E. #36] (the "*Motion*"), and the Court, having reviewed the Motion and the record herein, for the reasons stated on the record, it is ORDERED that:

1. The Trustee's Agreed *Ex Parte* Motion to Extend the Deadlines for Filing Objections to Claimed Exemptions and Objecting to Discharge [D.E. #36] is **GRANTED**.

       2.       The Trustee, Scott N. Brown shall have, to and including July 22, 2024, in which to file objections to claimed exemptions.

       3.       The Trustee, Scott N. Brown shall have, to and including August 20, 2024, in which to file objections to the Debtor's discharge.

###

Submitted by

ROBERT A. ANGUEIRA, P.A.
16 SW 1st Avenue
Miami, FL 33130
Tel. 305-263-3328
e-mail    robert@rabankruptcy.com

Copies furnished to:
Robert A. Angueira, Esq.

*(Attorney Robert Angueira is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.)*